# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 629 |
| | : | |
| ORDER  AMENDING RULES | : | CIVIL PROCEDURAL RULES |
| 1915.3, 1915.3-2, 1915.12, | : | |
| 1915.15, and 1915.17 OF THE | : | DOCKET |
| PENNSYLVANIA RULES OF | : | |
| CIVIL PROCEDURE | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of July, 2015, upon the recommendation of the Domestic Relations Procedural Rules Committee; the proposal having been published for public comment in the *Pennsylvania Bulletin*, 44 Pa.B. 5828 (September 13, 2014):

    **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 1915.3, 1915.3-2, 1915.12, 1915.15 and 1915.17 of the Pennsylvania Rules of Civil Procedure are amended in the attached form.

    This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective on September 1, 2015.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.